# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2646

_____

In re:  Stephen B. Young,                *      Appeal from the United States

                                                *      District Court for the

             Petitioner.                 *      District of Minnesota

                                                *      [UNPUBLISHED]

_____

Submitted: March 16, 2001

Filed: June 5, 2001

_____

Before MURPHY, LAY, and BYE, Circuit Judges.

_____

PER CURIAM.

Steven B. Young, on behalf of his clients Associated Contract Loggers, Inc., and Olson Logging, Inc., filed a lawsuit in United States District Court for the District of Minnesota against the United States Forest Service and two not-for-profit groups, Forest Guardians and Superior Wilderness Action Network.  See Associated Contract Loggers, Inc., et al. v. United States Forest Service, et al., No 99-CV-1485.  The suit alleged a violation of the Establishment Clause.  After dismissing the suit pursuant to Fed. R. Civ. P. 12(b)(6), the district court[1] ordered Young to show cause as to why sanctions should not be imposed against him for initiating a lawsuit without any reasonable basis in law.  After considering Young's brief in response to the Show

_____

[1]The Honorable James M. Rosenbaum, United States District Judge for the District of Minnesota.

Cause order, the district court imposed sanctions of $5,000 pursuant to Fed. R. Civ. P. 11.  Young appeals.

Finding that no error of law appears in the district court's opinion, and that further opinion would have no precedential value, we affirm without discussion.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.